AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Anand Ravi Someria, | ) | 0:26mj06148 PMH |
| Sunil Saran Someria, and | ) | |
| Richarles Lake, | ) | |
| _Defendant(s)_ | | |

FILED BY ___R.P.B.___ D.C.

**Mar 19, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 6, 2025, through March 18, 2026,  in the county of             Broward,             in the

____Southern____  District of        Florida        , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute fentanyl |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

see attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Clint Burns, ATF TFO
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____03/19/2026_____

_____
_Judge's signature_

City and state:        Fort Lauderdale, Florida        

Patrick M. Hunt, United States Magistrate Judge
_Printed name and title_

I, Clint Burns, being sworn, state and depose the following:

## INTRODUCTION

1.     I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have served in that capacity since 2022. I have been specially deputized by the United States Marshals Service and authorized to enforce federal law, to include offenses occurring under Titles 18 and 21 of the United States Code. I am a sworn law enforcement officer with the Town of Davie Police Department assigned to the Criminal Investigations Division. I am also a sworn Special Deputy with the Broward County Sheriff's Office (BSO) Strategic Investigations Division, Gang Investigations Task Force (GITF). I have 14 years of law enforcement experience. I am responsible for investigating a broad range of criminal activity including narcotics, burglary, robbery, fraud, auto theft and violent crimes. I consistently receive updated training on these current crime trends. I have investigated at least one hundred cases involving federal firearm and narcotic violations, involving unlawful possession of firearms, the possession of firearms by armed drug traffickers, illegal exportation of firearms, dealing in firearms without a license, homicides, and the distribution of illegal narcotics. I have participated in a variety of different aspects of those investigations, including surveillance, operations to conduct controlled purchases of firearms and narcotics, interviewing suspects, and the execution of search and arrest warrants. I have been the affiant of numerous affidavits for search warrants relating to firearms, narcotics, financial crimes and violent offenses.

2.     I submit this affidavit based on information known to me personally from the investigation, as well as information from other law enforcement officers who have investigated this matter, or other individuals who have personal knowledge of the facts herein. As such, this affidavit does not contain all the information known regarding this investigation, but rather only

1

those facts I deem necessary to establish the requisite probable cause to issue a criminal complaint for Sunil Someria, DOB: 10/20/2000, Anand Someria, DOB: 12/17/2002, and Richarles Lake, DOB: 10/22/2001, for conspiracy to distribute a controlled substance, to wit over 400 grams of carfentanil, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Possession of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Sections 924(c).

## PROBABLE CAUSE

3.      During the month of March 2024, Investigators with the Bureau of Alcohol, Tobacco Firearms and Explosives (ATF) and Broward County Sheriff's Office, received information regarding fentanyl distribution occurring in Broward County. Detectives and agents, including me, met with a readily identifiable source of information (SOI), who provided detectives with information about two brothers who were actively distributing large quantities of fentanyl throughout Broward County. SOI described the subjects as two brothers who were of "Indian descent." SOI stated that he/she primarily dealt with one of the subjects who went by "Nadd." SOI provided a phone number ending in 7507 and the Instagram handles @http.naddd and @Lowkeykerm.

4.      SOI stated that the subjects lived in the west Pembroke Pines/Miramar area. SOI stated that he/she would purchase 1,000 fentanyl pills at a time for approximately $5,000. SOI stated that when he/she would go into the subjects' apartment, there would be anywhere from ten to fifteen thousand fentanyl pills laying out for sale, amongst other drugs.

5.      Through open-source and investigative databases, I identified the two subjects as: Anand Ravi Someria, a.k.a. "Nadd" and "Ravi," with a date of birth of December 17, 2002, and phone numbers ending in 7039 and 7568 and an Instagram handle of @http.naddd, and Sunil Saran

2

Someria, a.k.a. "Kerm," with a date of birth of December 20, 2000, and a phone number ending 7036 and an Instagram handle of @lowkey.kerm.

6.    Physical surveillance and a subpoena return from FPL confirmed that Sunil Someria's primary residence is 12854 SW 31st Street, Miramar, FL 33027, the same address listed on his Florida driver's license. Sunil Someria drives a white Toyota Corolla bearing FL tag QZZ H60 registered to him.

7.    Physical surveillance and a subpoena return from FPL confirmed that Anand Someria's primary residence is 4361 SW 160th Ave, Apt. 203, Miramar, FL, and he drives a black Honda Civic bearing FL tag RCKG62 that is registered to him.

8.    During physical surveillance in October 2025, law enforcement identified a second apartment associated with Anand and Sunil Someria, located at 10747 S Preserve Way, Apartment 101, Miramar, FL, the "Trap House." A subpoena return from FPL, and confirmation by property management, revealed the apartment is being leased by a Destiny Marie Deoca who was listed as Sunil Someria's girlfriend in a Miramar police report for a domestic disturbance from June 2025.

9.    A records check revealed that in July 2025, Miramar Police received a narcotics complaint from the Miramar Lakes Apartment Complex property management. The complaint advised that there was heavy foot traffic to and from the balcony of the Trap House, and that an unidentified black male conducted hand-to-hand transactions throughout the day. The complainant also provided several videos which corroborated the complaints. I reviewed the videos and observed behavior that is consistent with hand-to-hand narcotics transactions.

10.    During this investigation, the unidentified black male from the videos was identified as Richarles Lake, a.k.a. "OTG Lindo," with a date of birth of October 22, 2001. Members of the BSO GITF and I have conducted hundreds of hours of surveillance on the Trap

3

House since October 2025 to the present. During this surveillance, law enforcement observed more than 100 hand-to-hand transactions occur from the patio door of the Trap House between various individuals and Richarles Lake. This surveillance also confirmed that Richarles Lake is living at the Trap House and is there on a nightly basis. There is a heavy flow of pedestrian traffic to this location daily. On almost a daily occurrence, Sunil and/or Anand Someria visit the location multiple times throughout the day. On several occasions, Anand and Sunil Someria were observed carrying backpacks or bags into the apartment.

11.     During the month of November 2025, ATF special agents and I met with a documented and reliable confidential informant (CI) who provided information on Anand and Sunil. The CI stated that he/she knows Sunil as "Kerm" and that the brothers are large distributers of narcotics to include pressed fentanyl pills, powdered fentanyl, pressed Xanax, pressed Adderall, and cocaine. The CI stated that the subjects operate the narcotics sales out of an apartment in Miramar and confirmed the location to be the Trap House. The CI confirmed that the daily sales out of the Trap House appear to be run by a black male that works for Anand and Sunil Someria.

### UC Deal 1

12.     On or about December 6, 2025, an ATF agent operating in an undercover capacity posing as a drug dealer established contact with Sunil Someria via Signal, an encrypted messaging application. During the conversation, Sunil agreed to sell a "boat" of 1,000 fentanyl pills to the UC in exchange for $5,000. Sunil instructed the UC to bring cash and provided him with an address in the Miramar Lakes Apartment Complex. Sunil told the UC to let him know when he was 15 minutes away so that he could deal with him directly.

13.     Law enforcement established surveillance on Sunil at his residence located at 12854 SW 31st Street, in Miramar. Once the UC advised that he was 15 minutes away, Sunil was observed

4

leaving his home and driving his white Toyota Corolla bearing FL tag QZZ H60. Sunil drove to the Trap House and entered it.

14.     The UC arrived in the area and contacted Sunil via phone, who guided the UC to the Trap House and invited him in. Once inside, the UC gave Sunil $5,000 in official investigative funds in exchange for 1,000 fentanyl pills. Sunil also gave the UC several "samples" of suspect MDMA, and other forms of fentanyl pills. During the transaction, the UC observed a kitchen cabinet with numerous narcotics packaged for sale stored inside. After the transaction, the UC met with me, and I took custody of the narcotics. This transaction was video and audio recorded. The DEA lab confirmed that the pills purchased were carfentanil, a Schedule II controlled substance under the U.S Controlled Substances Act. The UC Confirmed that Richarles Lake was also present in the same room during this deal.

*Photograph of Narcotics Purchased by UC on December 6, 2025*

**UC Deal 2**

15.     On January 15, 2026, the UC contacted Sunil via Telegram, another encrypted messaging application. Sunil instructed the UC to contact his brother, Anand Someria and provided

5

Anand's Telegram account. Anand agreed to sell a "boat" of 1,000 fentanyl pills for $5,000 at the Trap House later that day and told the UC to notify him when he was 15 minutes away so that he could deal with him directly.

16.     Law enforcement established surveillance on the Trap House and watched Anand arrive in his 2024 black Honda Civic and enter the apartment. The UC met with Anand inside the Trap House where Anand was provided $5,000 in official investigative funds for 1,000 fentanyl pills. During the transaction, the UC asked for an additional 500 fentanyl pills and Anand said that he would have to go get them and would be right back. Anand told the UC to wait in his car.

17.     As Anand left the location, law enforcement continued surveillance and watched Anand drive to a nearby apartment located at 1605 SW 116th Ave, Pembroke Pines, FL. After spending a few minutes in the building, Anand drove back to the Trap House complex and got into the UC's car to complete the transaction for the additional 500 pills. The UC paid Anand $1,000 cash and $1,000 via Zelle wire transfer to an email account Anand provided, Nadmanagement18@gmail.com, for a total of $2,000 for the additional 500 pills. During the transaction, Anand and the UC discussed a potential future purchase of approximately 10,000 fentanyl pills (one kilogram). This transaction was video and audio recorded. After the transaction, the UC met with me, and I took custody of the pills. The DEA lab confirmed that the pills purchased were carfentanil. The UC Confirmed that Richarles Lake was also present in the same room during this deal.

*Photograph of Narcotics Purchased by UC on January 15, 2026*



## UC Deal 3

18.     On January 29, 2026, the UC messaged Sunil via Telegram and discussed purchasing 3,500 fentanyl pills. Sunil told the UC to go to the Trap House and let him know when he was 15 minutes away so Sunil could deal with him directly.

19.     Law enforcement established surveillance on Sunil at his residence at 12854 SW 31st Street, in Miramar. Once the UC advised that he was 15 minutes away, Sunil left his apartment and drove his white Toyota Corolla to the Trap House. The UC arrived at the Trap House where he met Anand and Sunil, who were waiting for him on the patio. They entered the apartment, and the UC bought 3,500 fentanyl pills for $12,000, paying $10,000 in cash, $1,000 via Zelle at Nadmanagement18@gmail.com, and $1,000 Zelle payment to nadsomeria@gmal.com. Sunil mentioned that he was working on getting a lower price for the UC, if the UC bought more than 10,000 pills in a future sale. After the transaction, Sunil and Anand took their cars back to their respective primary residences. The UC met with me, and I took custody of the pills. This transaction was video and audio recorded. The DEA lab confirmed that the pills purchased were

7

374 grams of carfentanil. The UC Confirmed that Richarles Lake was also present in the same room during this deal.

*Photograph of Narcotics Purchased by UC on January 29, 2026*



**UC Deal 4**

20.     On March 5, 2026, the UC messaged Sunil via Telegram and discussed purchasing 1,000 fentanyl pills. Sunil instructed the UC to go to the Trap House and told the UC to let him know when he was 15 minutes out. Law enforcement established surveillance on Sunil and Anand prior to the deal taking place. Anand left his residence and drove to 1605 SW 116th Ave., Pembroke Pines, FL, where he briefly stopped before driving to the Trap House. Sunil was also observed going to the Trap House. The UC arrived and met with Sunil who was waiting for him inside the Trap House. The UC purchased 1,000 fentanyl pills for $3,500 in investigative funds. After the transaction, Sunil and Anand took their cars back to their respective primary residences. The UC met with me, and I took custody of the pills. This transaction was video and audio recorded. A

field test showed that the pills were positive for fentanyl. The UC Confirmed that Richarles Lake was also present in the same room during this deal.

*Photograph of Narcotics Purchased by the UC on March 5, 2026*



**UC Deal 5**

21.     On March 18, 2026, the UC arranged to purchase 8000 fentanyl pills for $16,000 from Sunil Someria. The UC notified Sunil Someria that he was 35 minutes from the Trap House location. Surveillance Units observed Sunil Someria exit his residence and proceed directly to the trap house location, where he was observed on the balcony with Richarles lake.  Simultaneously Surveillance units observed Anand Someria exit his residence, enter his black Honda Civic and go directly to Sunshine Storage located at 11960 Miramar Parkway, Miramar Florida 33025. Surveillance units observed Anand Someria enter the Storage Unit location that houses indoor storage unit bays. Surveillance units then observed a silver Hyundai Sonata bearing license plate KZIY33 pull next to Anand Someria's vehicle in the Sunshine Storage Unit complex. Anand Someria was then observed exiting the storage unit location carrying a black bag and loading it into the trunk of the silver Hyundai Sonata.

9



22.    The silver Hyundai Sonata then departed the storage unit complex along with Anand Someria in his black Honda civic and proceeded to 1605 SW 116th Ave Pembroke Pines.

23.    Once the ATF UC arrived at the 10747 S Preserve Way (Trap location), Sunil Someria told the UC that he was dealing with someone and would be five minutes. Sunil Someria then exited the trap house location and told the UC to follow him to a spot that was 5 minutes away. The UC followed Sunil Someria to 1605 SW 116th Ave Avant Apartments Pembroke Pines FL. (Stash House Location). Once the UC arrived, he entered the front passenger seat of Sunil Someria's vehicle. Someria was apologetic and said that one of his friend's was just caught selling to an undercover, things were "hot," so he had to have the UC follow him. Someria then requested the UC to show him the money, and the UC requested to see the product first. Someria A then notified the UC that the narcotics were in the silver Hyundai Sonata directly in front of them. Someria notified the UC that if he wished to see the product they could go do the deal in the silver Hyundai to which the UC agreed. Sunil Someria and the UC then entered the back seat of the silver Hyundai which was occupied by two white males later identified as Charles Donald Randall Jr (01/04/1968) Driver and Jonathon J Randall (01/21/06) front seat passenger.

24.    Sunil Someria asked where the product was at, to which Jonathon said it's in the trunk and stated, "pop the trunk Dad" causing Charles to open the trunk. Sunil Someria then

retrieved the bag from the trunk of the silver Hyundai which surveillance units observed Anand Someria loading into the silver Hyundai at Sunshine Storage. The UC removed and the counted the contents which included approximately 8,000 pressed fentanyl pills. The UC then provided Sunil Someria with $16,000 in pre-recorded investigative funds.

25.     The UC reentered his vehicle and departed the area to a predetermined location. This transaction was video and audio recorded. A field test showed that the pills were positive for fentanyl.

*Photograph of Narcotics Purchased by the UC on March 18th, 2026*



26.     On March 16th, 2026, a federal residential search warrant was granted for 10747 S Preserve Way, Apt. 101 Miramar Florida, by the Honorable United States District Court Judge Patrick Hunt.

## Search Warrant

27.     On March 18, 2026, following UC Deal # 5, both Anand and Sunil Someria, left the deal location and traveled back to the trap house, located at 10747 S Preserve Way and entered Apartment 101. At this time, the search warrant was served by ATF Special Response Team causing Sunil and Anand to retreat into the apartment and attempting to hide. Sunil, Anand and Richarles Lake were all taken into custody inside of apartment 101 without further incident.

28.     A search of the 1-bedroom residence resulted in the discovery of the following items:

- Gold and Black Glock 43x Handgun SN: BUDB467, located on the kitchen floor near where Anand and Sunil Someria were taken into custody. (The box for this firearm was located on another search warrant at Anand Someria Residence)

- Multiple scales, new/empty narcotics packaging and drug paraphernalia

- Numerous packaged narcotics to include pressed fentanyl pills (78.7 Grams), MDMA (34.1 Grams), Xanax (132.7 Grams), Cannabis (705 Grams) and Cocaine (40.3 Grams)

- Black Smith and Wesson M&P .40 Cal Handgun SN: HPH6569 in holster located on the bedroom floor.

- Black Glock 19 handgun SN: SGY639 located on top of a box directly next to the bed (this firearm was reported stolen out of Port St. Lucie)

- Bag of Pressed fentanyl pills located under the bed

- Wallet containing Richarles Lake's information located on top of the bed

- Safe containing Richarles Lakes personal documents to include passport card and birth certificate located under the bed.

29.     Sunil, Anand and Richarles were all taken into custody and transported to ATF Headquarters to be interviewed. Post Miranda, both Sunil and Anand admitted to selling narcotics as their primary source income and they have not held an actual job since 2020.  Both Sunil and Anand indicated that they carried firearms for protection during narcotics transactions. Sunil admitted to being armed during all of the aforementioned UC narcotics transactions including today's (March 18th, 2026) deal. Sunil indicated that he carries a Smith and Wesson .40 caliber handgun, which he had on his person during the search warrant and discarded it from his person after seeing law enforcement approach the residence. This is consistent in which the manor of how the Smith and Wesson  SN:  HPH6569 was located during the search warrant.

30.     Sunil described the black and gold firearm (Glock 43x  Handgun SN: BUDB467) that was located on the kitchen floor as belonging to his brother Anand.

31.     Sunil stated that the other firearm located in the bedroom belonged to Richarles Lake. Sunil indicated that there was always a firearm present within the residence for protection of the narcotics sales.

32.     Sunil told law enforcement that Richarles lake was a "employee" who they paid $100 per day plus free housing for operating the trap house by conducting the day-to-day narcotics sales from within the residence. Sunil verified that customers contacted him first, and he would send them to the Trap house location where he would then direct Richarles Lake to distribute the requested narcotics.  Sunil Advised that Richarles had been "working" for him for approximately 1 year.

33.     This investigation revealed that 10747 S Preserve Way Apt. 101 is being operated by Richarles Lake and supplied with narcotics by brothers Anand and Sunil Someria.

13

34.     Through surveillance and the examination of financial records, law enforcement determined that Richarles Lake resides at 10747 S Preserve Way Apt. 101 Miramar FL and conducts street level narcotics sales from the residence.

35.     All in person contacts and transactions between the UC, Sunil Someria, and Anand Someria were video and audio recorded. All phone calls and text messages between the UC, Sunil and Anand Someria were recorded and memorialized. All of the narcotics located during the search warrant field tested positive. All of the listed weights are approximate.

36.     It should be noted that the Trap House location where the UC Deals and Search Warrant took place, are within a close proximity to (2) nearby schools, City of Pembroke Pines Charter School (754 Feet) and New Renaissance Middle School (750 Feet).

### CONCLUSION

Based on the foregoing, probable cause exists to arrest Sunil Someria, DOB: 10/20/2000, Anand Someria, YOB: 12/17/2002 and Richarles Lake, DOB: 10/22/2001 for conspiracy to distribute a controlled substance, to wit over 400 grams of carfentanil, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and possession of a firearm in furtherance of a drug trafficking crime in violation of Title 18, United States Code, Sections 924(c).

Respectfully submitted,

Clint Burns, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 this
_____ day of March, 2026, in Fort Lauderdale, Florida.

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

14

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:  0:26mj06148 PMH

### BOND RECOMMENDATION

DEFENDANT:  Anand Ravi Someria

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By:  _Justin McCormack_
'AUSA:   **Justin McCormack**

Last Known Address: 4361 SW 160th Ave

Apt. 203

Miramar, FL

What Facility:

Agent(s):  Clint Burns, TFO ATF

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)